# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-50711
Summary Calendar

---

United States of America,

*Plaintiff—Appellee*,

*versus*

Eddie Mendoza,

*Defendant—Appellant*.

United States Court of Appeals
Fifth Circuit

**FILED**
May 24, 2023

Lyle W. Cayce
Clerk

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:15-CR-178-1

---

Before Smith, Southwick, and Douglas, *Circuit Judges*.

Per Curiam:[*]

The Federal Public Defender appointed to represent Eddie Mendoza has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Mendoza has not filed a response.

We have reviewed counsel's brief and relevant portions of the record.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-50711

We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.